## CONCLUSION

For the foregoing reasons, Defendants' motion to dismiss (doc. 14) is hereby **GRANTED**, insofar as it dismisses all claims against the East Baton Rouge Parish Sheriff's Office, all claims against Deputy Shawn Glover in his official capacity, and the claims of unlawful arrest and malicious prosecution against Deputy Shawn Glover in his personal capacity. Defendants' motion to dismiss is **HEREBY DENIED** as to all other claims.

Baton Rouge, Louisiana, May 15, 2012.

BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA